IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| SONIA MARIA MOLINA, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. POSTAL SERVICE, ET AL., <br><br> Defendants. | CIVIL NO. 14-1599 (PG) |

### JUDGMENT

WHEREFORE, having the parties stipulated the dismissal with prejudice of the above-captioned case, the Court hereby **ORDERS AND ADJUDGES** that the complaint be, and hereby is **DISMISSED WITH PREJUDICE.** In accordance with the parties' stipulation, each party shall bear its own costs and attorney's fees. Moreover, the parties have agreed that the Court will retain jurisdiction until the terms and conditions of the stipulation are implemented and fully complied with.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, June 27, 2016.

S/ JUAN M. PÉREZ-GIMÉNEZ
**JUAN M. PEREZ-GIMENEZ
SENIOR U.S. DISTRICT JUDGE**